*Martin M. Kolbrener* for appellant.
*William J. Tropp* for respondent.

Judgments reversed and a new trial granted, with costs in all courts to abide the event, upon the ground that the evidence presented a question of fact for the jury as to whether or not at the place of the accident a condition of peculiar danger existed. No opinion.

Concur: CONWAY, THACHER, DYE and MEDALIE; JJ. Dissenting: LOUGHRAN, Ch. J., LEWIS and DESMOND, JJ.

In the Matter of the Claim of THEODORE GALLAGHER, Respondent, against MUNDETT CORK Co. et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 4, 1945; decided October 26, 1945.

*Jeremiah F. Connor* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Orrin G. Judd* and *Lester D. Volk* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

HELEN H. HAIMES, Respondent, *v.* PAUL O. SCHONWIT, **as** Executor of CORNELIUS J. CRICH, Deceased, Appellant.

Argued October 8, 1945; decided October 26, 1945.